IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-31386
Summary Calendar

MASSOOD DANESH PAJOOH,

Petitioner-Appellant,

versus

IMMIGRATION AND NATURALIZATION
SERVICE; CARL CASTERLINE, Warden,

Respondents-Appellees.
--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CV-2050
--------------------
October 28, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Massood Danesh Pajooh, federal prisoner #72872-079, appeals from the district court's dismissal of his federal habeas petition for lack of jurisdiction. The respondent has filed a motion to dismiss the appeal for lack of subject-matter jurisdiction. The respondent's motion to dismiss is GRANTED. See 8 U.S.C. § 1252(g); Reno v. American-Arab Anti-Discrimination Committee, 119 S. Ct. 936, 943 (1999). All other outstanding motions are DENIED.

APPEAL DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.